1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10    VAL EUGENE LACEY,

11              Petitioner,                      No. CIV S-06-1556 FCD PAN P

12         vs.

13    STATE OF CALIFORNIA, et al.,

14              Respondents.                     ORDER

15    _____/

16         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

18    pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

19    Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

20    a request to proceed in forma pauperis or submit the appropriate filing fee.

21         In addition, petitioner has requested the appointment of counsel.  There currently

22    exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner,

23    105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of

24    counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R.

25    Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice

26    would be served by the appointment of counsel at the present time.

1

Dockets.Justia.com

1    Finally, petitioner has failed to specify the grounds for relief in his petition and

2  failed to sign the petition.  See Rule 2(c), Rules Governing § 2254 Cases.  The petition will be

3  dismissed and petitioner will be granted leave to file an amended petition.  The Clerk of the

4  Court will be directed to provide petitioner with the forms used by this district.

5    In accordance with the above, IT IS HEREBY ORDERED that:

6    1.  Petitioner shall submit, within thirty days from the date of this order, an

7  affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

8  petitioner's failure to comply with this order will result in the dismissal of this action; and

9    2.  The Clerk of the Court is directed to send petitioner a copy of the in forma

10  pauperis form used by this district;

11    3.  Petitioner's July 13, 2006 request for appointment of counsel is denied without

12  prejudice to a renewal of the motion at a later stage of the proceedings;

13    4.  Petitioner's application for writ of habeas corpus is dismissed with leave to

14  amend within thirty days from the date of this order;

15    5.  Any amended petition must bear the case number assigned to this action and

16  the title "Amended Petition"; and

17    6.  The Clerk of the Court is directed to send petitioner the court's form for

18  application for writ of habeas corpus.

19  DATED: July 24, 2006.

20

21

22  UNITED STATES MAGISTRATE JUDGE

23  /mp;001
   lace1556.101a+110
24

25

26

2