IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VAL EUGENE LACEY,

     Petitioner,                  No. CIV S-06-1556 FCD EFB P

     vs.

STATE OF CALIFORNIA,

     Respondent.            FINDINGS AND RECOMMENDATIONS

_____/

     On July 26, 2006, the court dismissed petitioner's application for a writ of habeas corpus for failure to specify the grounds for relief in his petition and for failing to sign the petition, *see* Rule 2(c), Rules Governing § 2254 Cases, gave petitioner 30 days to file an amended petition correcting those deficiencies and warned plaintiff that the failure to file an amended petition would result in a recommendation that this action be dismissed.

     The 30-day period has expired and petitioner has not filed an amended petition or otherwise responded to the court's order.

     Accordingly, it is hereby RECOMMENDED that this action be dismissed. *See* Rules 2(c), 4, Rules Governing § 2254 Cases.

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 14, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\lace1556.f&r fta