IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VAL EUGENE LACEY,

    Petitioner,                   No. CIV S-06-1556 FCD EFB P

    vs.

STATE OF CALIFORNIA,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On September 15, 2006, the court issued findings and recommendations that this action be dismissed. Petitioner seeks an extension of time to file objections. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that petitioner's October 27, 2006, request is granted and petitioner has 30 days from the date this order is served to file objections to the September 15, 2006, findings and recommendations.

Dated: November 13, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE