1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VAL EUGENE LACEY,

11            Petitioner,                  No. CIV S-06-1556 FCD EFB P

12        vs.

13   STATE OF CALIFORNIA,

14            Respondent.                  <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19          On September 15, 2006, the magistrate judge filed findings and recommendations

20   herein which were served on petitioner and which contained notice to petitioner that any

21   objections to the findings and recommendations were to be filed within twenty days.  Although

22   granted an extension within which to do so, petitioner has not filed objections to the findings and

23   recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1

1          1.  The findings and recommendations filed September 15, 2006, are adopted in

2   full; and

3          2.  This action is dismissed.  <u>See</u> Rules 2(c), 4, Rules Governing § 2254 Cases.

4   DATED: January 4, 2007.

5

6

7                          FRANK C. DAMRELL, JR.
                           UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26