IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VAL EUGENE LACEY,

  Petitioner,        No. CIV S-06-1556 FCD EFB P

 vs.

STATE OF CALIFORNIA,

  Respondent.        <u>ORDER</u>

_____/

  On September 15, 2006, findings and recommendations were issued recommending that this action be dismissed. On January 5, 2007, the assigned district judge adopted that recommendation and dismissed this action. Judgment was entered accordingly. Notwithstanding that judgment closing this case, petitioner filed on May 1, 2007, an amended petition for writ of habeas corpus, response to the court's January 5, 2007 order and request for appointment of counsel.

  The court notes that it will issue no response to future filings by petitioner in this action not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

  So ordered.

Dated: June 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE